# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

November 24, 2009

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**RECEIVED**

**NOV 2 5 2009**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-60383          James & Jill Sheldon

Dear Lori:

*received 11-25-09*

Enclosed please find check **#919527** in the amount of **$90.91**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

|  |  |
|---|---|
| Claim No. | 18 |
| Account No. | 5545140111606898 |
| Creditor | RBS NB<br>POB 7054<br>Bridgeport, CT 06601 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED
NOV 2 5 2009
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Reciept # 61000073